# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Dale Jerome Delliss, Debtor                         Case No. 20-50340-KMS
                                                             **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before March 20, 2023 (30 days), you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
P.O. Box 2448
Jackson, MS 39225-2448

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: February 17, 2023        Signature:   /s/ Thomas C. Rollins, Jr.
                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                            Jennifer Ann Curry Calvillo (MSBN 104367)
                                            The Rollins Law Firm, PLLC
                                            P.O. Box 13767
                                            Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Dale Jerome Delliss, Debtor                    Case No. 20-50340-KMS
                                                          **CHAPTER 13**

**MOTION TO MODIFY BANKRUPTCY PLAN**

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on 02/21/2020 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That the trustee received insurance proceeds from the wreck of a vehicle and these funds were applied to the case. As such, the plan can be completed within approximately 4 months. That Debtor is eligible for a 3 year plan.
3. Debtor wishes for the following changes to be made to their bankruptcy:
    a. That the plan be reduced to a 39 months plan and the wage Order adjusted to $201.00 effective in February 2023.
4. Debtor wishes for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on February 17, 2023, to:

By Electronic CM/ECF Notice:

  Warren Cuntz

  U.S. Trustee

              <u>/s/ Thomas C. Rollins, Jr.</u>
              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>　DALE JEROME DELLISS | CASE NO: 20-50340<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 2/17/2023, I did cause a copy of the following documents, described below,

30 Day Notice and Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/17/2023

　　　　　　　　　　　　　　　/s/ Thomas C. Rollins, Jr
　　　　　　　　　　　　　　　Thomas C. Rollins, Jr  103469

　　　　　　　　　　　　　　　The Rollins Law Firm, PLLC
　　　　　　　　　　　　　　　PO Box 13767
　　　　　　　　　　　　　　　Jackson, MS  39236
　　　　　　　　　　　　　　　601 500 5533
　　　　　　　　　　　　　　　trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DALE JEROME DELLISS | CASE NO: 20-50340<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/17/2023, a copy of the following documents, described below,

30 Day Notice and Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/17/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS  39236

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 20-50340<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI FEB 17 10-0-16 PST 2023 | ALLY CAPITAL  CO AIS PORTFOLIO SERVICES LP<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | LVNV FUNDING LLC<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501 2036~~ | ATT MOBILITY<br>PO BOX 536216<br>ATLANTA  GA 30353-6216 | ALLY CAPITAL<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| ALLY FINANCIAL<br>PO BOX 380901<br>BLOOMINGTON  MN 55438-0901 | BARCLAYS CARD<br>PO BOX 60517<br>CITY OF INDUS  CA 91716-0517 | BIG LOTS<br>PO BOX 30253<br>SALT LAKE CIT  UT 84130-0253 |
| BRENDA CHAPELLE<br>1101 BEACH ST<br>SUITE 111<br>FLINT  MI 48502-1417 | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 | CAPITAL ONE NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| CITIBANK<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 | CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 | COMENITY<br>PO BOX 182273<br>COLUMBUS  OH 43218-2273 |
| CREDIT CENTRAL LLC<br>1123 1ST ST N<br>STE A<br>ALABASTER  AL 35007-8727 | CREDIT ONE<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| DR MICHAEL PAYMENT<br>4533 13TH ST<br>GULFPORT  MS 39501-2516 | FORTIVA<br>POB 105555<br>ATLANTA  GA 30348-5555 | HMC GROUP<br>29065 CLEMENTS RD<br>WESTLAKE  OH 44145-1179 |
| INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | ~~EXCLUDE~~<br>~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302 7999~~ |
| KEESLER FEDERAL CREDIT UNION<br>ATTEN BANKRUPTCY<br>PO BOX 7001<br>BILOXI  MS 39534-7001 | LVNV FUNDING LLC<br>PO BOX 60500<br>CITY OF INDUS  CA 91716-0500 | ~~EXCLUDE~~<br>~~(D)LVNV FUNDING LLC~~<br>~~PO BOX 10587~~<br>~~GREENVILLE  SC 29603 0587~~ |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | LABORATORY CORP OF AME<br>PO BOX 2240<br>BURLINGTON NC 27216-2240 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE SC 29603-0368 |
| MHG ANESTHESIA GROUP<br>PO BOX 2080<br>KILMARNOCK VA 22482-2080 | MARINER FINANCE LLC<br>8211 TOWN CENTER DRIVE<br>NOTTINGHAM MD 21236-5904 | MEMORIAL EMERGENCY PHY<br>PO BOX 555<br>BILOXI MS 39533-0555 |
| MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT MS 39502-1810 | (P)MERCHANTS ADJUSTMENT SERVICE INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | MERRICK BANK<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | STATE OF MICHIGAN CHIL<br>PO BOX 30478<br>LANSING MI 48909-7978 | SYNCHRONY BANK<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | THE BANK OF MISSOURI<br>THE BANK OF MISSOURI DBA FORTIVA<br>PO BOX 105555<br>ATLANTA GA 30348-5555 | THE HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |
| TIME PAYMENT CORP<br>16 NE EXECUTIVE PARK<br>200<br>BURLINGTON MA 01803 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | VERIZON WIRELESS<br>PO BOX 650051<br>DALLAS TX 75265-0051 | DEBTOR<br>DALE JEROME DELLISS<br>200 LAWLER AVE APT 4<br>LONG BEACH MS 39560-4827 |
| THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 | ~~EXCLUDE~~<br>~~WARREN A CUNTZ T1 JR~~<br>~~P O BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ | |